**Marshall DOWNARD, James Mote and Floyd Bowman, appellants, v. COMMON-WEALTH of Kentucky, appellee.**

Court of Appeals of Kentucky.

Feb. 12, 1954.

Motion to Reconsider, Set Aside and Reverse Denied March 26, 1954.

Thomas W. Hardesty, Newport, W. Clark Otte, Louisville, for appellants.

J. D. Buckman, Jr., Atty. Gen., Wm. F. Simpson, Asst. Atty. Gen., William J. Wise, Commonwealth's Atty., Newport, for appellee.

PER CURIAM.

We are affirming the judgments sentencing each of the defendants to one year in jail and a $200 fine on a charge of keeping a house of ill fame. The defendants were arrested legally and the Campbell Circuit Court had jurisdiction to try them.

The motion for an appeal is overruled and the judgment is affirmed.